

**William Brown, Esq.**
Partner
260 Madison Avenue, 17th Floor
New York, NY 10016*
william.brown@parlatorelawgroup.com
Direct: 862-415-4880

March 25, 2026

**VIA CM/ECF**

The Honorable Julien Xavier Neals, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re: Brown v. McCarter & English LLP et al.**
**Case No. 2:26-cv-02808-JXN-AME**
**Notice of Corrected Exhibit A**

Dear Judge Neals:

Plaintiff respectfully advises the Court that **Exhibit A** to Plaintiff's letter filed on March 24, 2026 (ECF Doc. 14) inadvertently contained an unredacted residential address and was missing the second page of the Cedar Grove Police Department incident report (Case #26-04573) containing the officer's narrative. Plaintiff will contact the Clerk's Office at 8:30 am today and requests the original exhibit be restricted from public view. Plaintiff is filing herewith a corrected, complete, and properly redacted version of **Exhibit A** as a replacement.

The Court's attention is respectfully directed to the officer's narrative on the second page of the corrected exhibit, which was not included in the original filing. The narrative, authored by Lt. Jason Rivers (Badge #5748), confirms the key facts described in Plaintiff's letter: that Chief Pumphrey called Lt. Rivers after receiving a call from the Port Authority; that the Port Authority reported the process server was "refusing to leave the property"; that Lt. Rivers found the process server on the road at the intersection of ████ ████ and ██████ ███████ — not on anyone's property; that Lt. Rivers never even identified the process server, stating he "never identified [him] because he admitted that he was a process server"; and that the Port Authority specifically instructed the Cedar Grove Police to direct the process server to "the legal department of their agency, which is headquartered in the World Trade Center."

The narrative also contains a note that warrants the Court's attention: "A CAD entry was not made at the time due to me responding directly from the previous call which resulted in this incident report." This confirms that the incident was not logged contemporaneously in the Cedar Grove Police Department's Computer-Aided Dispatch system. Captain Eileen O'Toole — Defendant O'Toole's sister, a Captain in the Cedar Grove Police Department with over twenty years of service, and the individual whose email is attached to Plaintiff's letter as **Exhibit B** — has independently flagged this CAD timing discrepancy to Plaintiff as suspicious, noting that the case number sequence can be cross-referenced against the CAD log to determine when the case number was actually generated.

Licensed to Practice by the State of New Jersey
*Parlatore Law Group is a nationwide cloud-based firm. Please send all correspondence electronically. If physical mail is required, please use the central mailing address below.

www.parlatorelawgroup.com    1440 N Edgewood Street, Floor 4, Arlington, VA 22201

Plaintiff apologizes for the inadvertent omission and incomplete redaction in the original filing.

Respectfully submitted,
/s/ William Brown
William Brown Jr., Esq.
Plaintiff Pro Se
134 Main Street
South Bound Brook, New Jersey 08880
(862) 415-4880
william.brown@parlatorelawgroup.com
NJ Bar ID: NJ145932015


**Enclosure: <u>Corrected Exhibit A</u>** — Cedar Grove Police Department Incident Report, Case #26-04573, dated February 28, 2026 (complete, with residential address redacted)

cc: Thomas P. Scrivo, Esq. / Michael J. Dee, Esq. / Joseph R. Marsico, Esq.
O'Toole Scrivo, LLC — via CM/ECF

Megan Lee, Esq. / Cheryl Alterman, Esq.

Port Authority Law Department — via CM/ECF

**Enclosure: <u>Corrected Exhibit A</u>** — Cedar Grove Police Department Incident Report, Case #26-04573, dated February 28, 2026 (complete, with residential address redacted)

 **Cedar Grove Police Department**
525 Pompton Ave., Cedar Grove, NJ 07009
Phone: 973-239-4100  Fax: 973-239-7541  Mun. Code: 0705
**Incident Report**

## Incident Details:

| Case Number | Time Reported | Date Reported | Time Occurred | Date Occurred | Occurrence Between Date / Time of | Time Occurred | Date Occurred | 911 | Completed |
|---|---|---|---|---|---|---|---|---|---|
| 26-04573 | 14:44 | 02/28/26 | 14:44 | 02/28/26 | | | | | X |

## Incident Type:

Officer-Requested

## Incident Location:

| Street # | Street Name | | Apt # | Intersection / Cross Street of: |
|---|---|---|---|---|
| ▇ | ▇ | | | |
| Business / Common Location Name | | | | |

## Contact Information: Victim Suspect Complainant Witness Driver Arrest Passenger Missing Involved Other

| Code | Contact Name #1 | MI | Suffix | Age | Sex | Race | DOB | | SSN | |
|---|---|---|---|---|---|---|---|---|---|---|
| R | Otoole, Kevin | | | 61 | M | 1B | ▇ | 1964 | ▇ | |
| Address | | | | | | Phone / Email | | | Other Phone | |
| | ▇ Cedar Grove, NJ 07009-1321 | | | | | ▇ | | | | |
| Code | Contact Name #2 | MI | Suffix | Age | Sex | Race | DOB | | SSN | |
| Z1 | Lee, Joshua | T | | 45 | M | | ▇ | 1980 | ▇ | |
| Address | | | | | | Phone / Email Address | | | Other Phone | |
| | ▇ Iselin, NJ 08830-2037 | | | | | | | | | |
| Code | Contact Name #3 | MI | Suffix | Age | Sex | Race | DOB | | SSN | |
| | | | | | | | | | | |
| Address | | | | | | Phone / Email Address | | | Other Phone | |
| Code | Contact Name #4 | MI | Suffix | Age | Sex | Race | DOB | | SSN | |
| | | | | | | | | | | |
| Address | | | | | | Phone / Email Address | | | Other Phone | |
| Code | Contact Name #5 | MI | Suffix | Age | Sex | Race | DOB | | SSN | |
| | | | | | | | | | | |
| Address | | | | | | Phone / Email Address | | | Other Phone | |
| Code | Contact Name #6 | MI | Suffix | Age | Sex | Race | DOB | | SSN | |
| | | | | | | | | | | |
| Address | | | | | | Phone / Email | | | Other Phone | |
| Code | Contact Name #7 | MI | Suffix | Age | Sex | Race | DOB | | SSN | |
| | | | | | | | | | | |
| Address | | | | | | Phone / Email Address | | | Other Phone | |
| Code | Contact Name #8 | MI | Suffix | Age | Sex | Race | DOB | | SSN | |
| | | | | | | | | | | |
| Address | | | | | | Phone / Email Address | | | Other Phone | |

## Property Information:

| Value of Stolen Property | Currency | Jewelry | Furs | Clothing | Auto | Misc. | Total |
|---|---|---|---|---|---|---|---|
| Property Recovered | | | | | | | |

## Automobile Information:

| | Vehicle Code | Year | Make | Body Type | Model | Color | Registration | State | VIN | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Known | 23 | Kia | WAGON | SOR | Red | ▇ | NJ | ▇ | 76300 |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |

| Officer of Record: | Date: | Reviewed By: | BWC: | Case #: | Page 1 |
|---|---|---|---|---|---|
| Lt. Jason Rivers 5748 | 02/28/26 | jrivers | X | 26-04573 | |



# Cedar Grove Police Department
### 525 Pompton Ave., Cedar Grove, NJ 07009
### Phone: 973-239-4100  Fax: 973-239-7541  Mun. Code: 0705
### Incident Report



On the reporting date and time I was the shift commander and actively involved in assisting Ptl. Antonuccio with a crash investigation on Reservoir Drive. I received a phone call from Chief Pumphrey who requested that I send a unit to ▮▮▮▮▮▮▮ for an unknown party. Chief Pumphrey advised me that he had received a call from the Port Authority of NY/NJ, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮ and it was reported that a process server was refusing to leave the property. At the time the shift was at minimum and the other patrol unit was on a separate call so I elected to handle the call myself. It was relayed to me that the individual was operating a small red SUV which I observed on Skytop at the intersection of Fairview Avenue. I pulled onto ▮▮▮▮▮▮, next to NJ Registration R49SDA, rolled my window down, and identified myself and told the driver why I was there. I advised the driver, whom I never identified because he admitted that he was a process server attempting a service at ▮▮▮▮▮▮, that the resident did not want him on his property. The server responded by telling me that he was required to make three attempts at serving the documents and I reiterated that the resident does not want him on his property. Chief Pumphrey advised me that the Port Authority of NY/NJ asked us to inform the process server that he should serve the paperwork through the legal department of their agency, which is headquartered in the World Trade Center. I relayed the same to the process server and he advised me that he would not return to ▮▮▮▮▮▮ The individual requested my name and badge number, which I provided. I left the scene. Note: A CAD entry was not made at the time due to me responding directly from the previous call which resulted in this incident report.

| Officer of Record: | Date: | Reviewed By: | BWC: | Case #: | Page 2 |
|---|---|---|---|---|---|
| Lt. Jason Rivers 5748 | 02/28/26 | jrivers | X | 26-04573 | |