

**William (SEAL) Brown, Esq.**
Partner
260 Madison Avenue, 17th Floor
New York, NY 10016*
william.brown@parlatorelawgroup.com
Direct: 862-415-4880

April 15, 2026

**VIA CM/ECF**
The Honorable Julien Xavier Neals, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re: Brown v. McCarter & English LLP et al.**
**Case No. 2:26-cv-02808-JXN-AME**
**Notice of NBC News Coverage and Approaching Opposition Deadline**

Dear Judge Neals:

Plaintiff William Brown Jr. respectfully writes to advise the Court of two matters requiring the Court's prompt attention.

**First**, today, April 15, 2026, NBC New York's I-Team investigative reporter Sarah Wallace aired a report titled "**Abuse of Power Claims Made Against Port Authority Chairman,**" which is accessible at https://www.nbcnewyork.com/video/news/abuse-of-power-claims-made-against-port-authority-chairman/6490552/.

The report addresses the conduct of Defendant Kevin J. O'Toole that is at the center of Plaintiff's pending Motion to Disqualify O'Toole Scrivo, LLC (ECF Doc. 19) and Plaintiff's request to stay the Motions to Dismiss (ECF Doc. 26). Plaintiff does not ask the Court to decide any motion based on the NBC report. Plaintiff advises the Court of this development because it is relevant to the public interest factor under the In re Revel AC, Inc., 802 F.3d 558, 568 (3d Cir. 2015) stay analysis and to the integrity-of-proceedings rationale under Grimes v. District of Columbia, 794 F.3d 83, 90 (D.C. Cir. 2015).

The fact that a major network has independently investigated and reported on the same conduct documented in the court record underscores the seriousness of the conflict at issue and the importance of resolving the Motion to Disqualify before the Court entertains dispositive motions prepared by or dependent upon the challenged counsel.

Licensed to Practice by the State of New Jersey
*Parlatore Law Group is a nationwide cloud-based firm. Please send all correspondence electronically. If physical mail is required, please use the central mailing address below.

www.parlatorelawgroup.com    1440 N Edgewood Street, Floor 4, Arlington, VA 22201

**Second**, Plaintiff's opposition to the three Motions to Dismiss (ECF Docs. 23, 24, and 25) is due on or about April 20, 2026 under Local Civil Rule 7.1(d)(2). Plaintiff's request to stay the briefing schedule on the Motions to Dismiss (ECF Doc. 26) remains pending. If the Court is unable to rule on the stay request before April 20, Plaintiff respectfully requests a brief extension of the opposition deadline — even seven days — to allow the Court time to decide the stay request without requiring Plaintiff to brief three dispositive motions while the threshold question of counsel's authority remains unresolved.

Plaintiff is prepared to file oppositions if the stay is denied and appreciates the Court's attention to this time-sensitive matter.

Respectfully submitted,
/s/ William Brown
William (SEAL) Brown Jr., Esq.
Pro Se Plaintiff
william.brown@parlatorelawgroup.com

cc: Thomas P. Scrivo, Esq. / Michael J. Dee, Esq. / Joseph R. Marsico, Esq.
O'Toole Scrivo, LLC — via CM/ECF

Thomas R. Calcagni, Esq. / Walter R. Krzastek, Esq. / Luke J. O'Brien, Esq.
Calcagni & Kanefsky LLP — via CM/ECF

Cheryl Alterman, Esq. / Megan Lee, Esq.
Port Authority Law Department — via CM/ECF