

May 8, 2026

**Via ECF**
Honorable Julien Xavier Neals
United States District Court, District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, New Jersey 08101

> Re:  **Brown v. McCarter & English LLP et al.**
> **Docket No.: 2:26-cv-02808-JXN-AME**

Dear Judge Neals:

This office represents defendant the Port Authority of New York and New Jersey in the above-referenced matter. The Port Authority's motion to dismiss plaintiff's complaint is currently pending before the Court and is scheduled to be heard on May 18, 2026. Pursuant to the briefing schedule, the Port Authority's reply is presently due on Monday, May 11, 2026.

Counsel for the Port Authority was currently engaged in trial preparation for a complex matter scheduled to commence on Monday, May 11, 2026, in Essex County, New Jersey, *Rosario v. Port Authority of New York & New Jersey, et al.*, Docket No. ESX-L-5788-20, which settled late this afternoon. In light of counsel's trial obligations and preparation demands, the Port Authority respectfully requests a brief extension through May 15, 2026, to file its reply papers.

We have contacted plaintiff and he consents to this request.

We thank the Court in advance for its courtesy and attention to this matter.

Respectfully yours,


By:   /s/ Cheryl Alterman
     Cheryl Alterman, Esq.

cc via ECF:    Michael J. Dee, Esq.
             Thomas R. Calcagni, Esq.
             Walter R. Krzastek, Esq.
             Luke J. O'Brien, Esq.

**So ORDERED on 5/11/2026:**

**JULIEN XAVIER NEALS**
**United States District Judge**