**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WILLIAM BROWN, JR., Plaintiff, v. MCCARTER & ENGLISH, LLP, *et al.*, Defendants. | Civil Action No. 26-2808 (JXN)(AME) **ORDER** |

**NEALS**, District Judge

Before the Court is *pro se* Plaintiff William Brown, Jr.'s ("Plaintiff") motion to disqualify O'Toole Scrivo, LLC as counsel for Defendant McCarter & English, LLP ("McCarter"). (ECF No. 19.)[1] Also before the Court are motions to dismiss the Amended Complaint (ECF No. 1-2) filed by: (1) McCarter (ECF No. 23)[2]; (2) the Port Authority of New York and New Jersey and Patrick Donovan (together, "Port Authority Defendants") (ECF No. 24)[3]; and (3) Kevin O'Toole ("O'Toole") (ECF No. 25).[4] The Court has carefully considered the parties' submissions and decides this matter without oral argument pursuant to Federal Rule of Civil Procedure 78 and Local Civil Rule 78.1. For the reasons stated in the accompanying Opinion,

**IT IS** on this **30th** day of October 2026

**ORDERED** that:

1. Plaintiff's motion to disqualify (ECF No. 19) is **DENIED**;

[1] To which McCarter opposed (ECF No. 35), and Plaintiff replied (ECF No. 43).

[2] To which Plaintiff opposed (ECF No. 36), and McCarter replied (ECF No. 41).

[3] To which Plaintiff opposed (ECF No. 37), and the Port Authority Defendants replied (ECF No. 44).

[4] To which Plaintiff opposed (ECF No. 38), and O'Toole replied (ECF No. 42).

2. The motions to dismiss filed by McCarter (ECF No. 23), the Port Authority Defendants (ECF No. 24) and O'Toole (ECF No. 25) are **GRANTED**;

3. The following Counts of the Amended Complaint (ECF No. 1-2) are **DISMISSED** ***without prejudice***:

   - I (USERRA—Discrimination);
   - IV (CEPA);
   - X (IIED);
   - XI (Breach of Implied Covenant);
   - XII (§ 1983—First Amendment Retaliation);
   - XIII (§ 1983 Conspiracy);
   - XIV (NJCRA);
   - XV (Tortious Interference With Contract);
   - XVI (Tortious Interference With Prospective Economic Advantage);
   - XVII (IIED); and
   - XVIII (Civil Conspiracy).

4. The following Counts of the Amended Complaint are **DISMISSED** ***with prejudice***:

   - V (*Pierce*—Veteran Discrimination);
   - VI (*Pierce*—Free Speech);
   - VII (NJLAD—Discrimination);
   - VIII (NJLAD—Hostile Work Environment); and
   - IX (NJLAD—Pay Discrimination).

5. Plaintiff shall have thirty (30) days to file an amended pleading addressing the deficiencies identified in the accompanying Opinion;

6. Should Plaintiff fail to timely file an amended pleading, dismissal may be with prejudice.

**JULIEN XAVIER NEALS**
**United States District Judge**